AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Western District          District of          Oklahoma

## EXEMPLIFICATION CERTIFICATE

I, __Robert D. Dennis__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Final Judgment in civil case CIV-02-467-HE filed 4/22/08

Dickson Industries, Inc. v. Patent Enforcement Team L.L.C. v. Midstate Traffic Controls, Inc et al.

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __Oklahoma City__ on __August 7, 2008__

City / Date

__Robert D. Dennis__
Clerk

(By) Deputy Clerk

I, __Judge Joe Heaton__, a Judicial Officer of this Court, certify that __Robert D. Dennis__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__August 7, 2008__
Date

Signature of Judge

Honorable Judge Joe Heaton
Title

I, __Robert D. Dennis__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Joe Heaton__, Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at __200 N.W. 4th Street__ __Oklahoma City__ in this State, on __August 7, 2008__

City / Date

__Robert D. Dennis__
Clerk

(By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKSON INDUSTRIES, INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATENT ENFORCEMENT TEAM, L.L.C., a Florida limited liability company,<br><br>Defendant.<br><br>v.<br><br>MIDSTATE TRAFFIC CONTROLS, INC., an Oklahoma corporation; and SAWHORSE INVESTMENTS, L.L.C., an Oklahoma limited liability company,<br><br>Third-Party Defendants. | Case No. **CIV-02-467-HE** |

## FINAL JUDGMENT

Pursuant to the jury verdict entered September 28, 2007, and the parties' post trial motions upon which the Court has ruled, the Court enters final judgment in favor of Dickson Industries, Inc. ("Dickson"), Midstate Traffic Controls, Inc. ("Midstate"), and Sawhorse Investments, L.L.C. ("Sawhorse"), and against Patent Enforcement Team, L.L.C. ("PET"), as follows:

1. Judgment is entered in favor of Dickson, Midstate and Sawhorse on their claim to have Claim 5 of U.S. Patent No. 4,701,069 (the "'069 Patent") declared invalid due to anticipation or obviousness, and Claim 5 is hereby declared invalid.

2. Judgment is entered in favor of Dickson, Midstate and Sawhorse on their claim to declare the '069 Patent unenforceable due to inequitable conduct, and the '069 Patent is hereby declared unenforceable due to inequitable conduct.

3. By reason of the determination of invalidity of Claim 5 of the '069 Patent, judgment is entered in favor of Dickson and Midstate and against PET on PET's claims and counterclaims for infringement and inducement of infringement.

4. Judgment is entered in favor of Sawhorse and against PET on PET's claims for inducement of infringement of Claim 5 of the '069 Patent.

5. Judgment is entered in favor of Dickson on Dickson's claims that PET tortiously interfered with Dickson's business relationships, and Dickson is awarded actual damages from PET in the amount of Five Hundred Three Thousand Eight Hundred Seventy-three and 00/100 Dollars ($503,873.00).

6. Judgment is entered in favor of Dickson on its claim for punitive damages, and Dickson is awarded punitive damages from PET in the amount of One Million Thirty-seven Thousand Three Hundred Sixty-three and 00/100 Dollars ($1,037,363.00).

7. Pursuant to 35 U.S.C. § 285, this is an exceptional case, and Dickson is awarded attorney's fees and expenses in the amount of Six Hundred Eighteen Thousand Four Hundred Eighty-four and 45/100 Dollars ($618,484.45) for attorney's fees and expenses incurred through November 30, 2007.

8. In accordance with the foregoing, Dickson is awarded total judgment in its favor in the amount of Two Million One Hundred Fifty-Nine Thousand Seven Hundred Twenty and 45/100 Dollars ($2,159,720.45).

imanageOKC_3128883_1

9. Dickson is granted post-judgment interest on the damages it was awarded on November 16, 2007 of $1,541,236.00 at the rate allowed by law, from November 16, 2007 until paid.

10. Dickson is also granted post-judgment interest at the rate allowed by law on its attorney fees, costs, and expenses in the amount $618,484.45 awarded on April 3, 2008, and accruing from April 3, 2008 until paid.

11. Dickson may enforce its judgment ten days after entry of this Final Order. Execution on the judgment will be stayed upon the posting by PET and approval by the court of a supersedeas bond in the amount of the judgment, excluding any consideration of accruing interest thereon.

This is the Final Judgment. It may be amended to reflect attorney's fees and costs incurred by Dickson after November 30, 2007 and to reflect interest accrued as specified above until paid.

IT IS SO ORDERED this 22ND day of April, 2008.

*[signature]*

HONORABLE JOE HEATON
UNITED STATES DISTRICT JUDGE

I hereby certify that this instrument, document no. 333, filed on 4-22-08 is a true and correct copy of the electronically filed original.
Attest: Robert D. Dennis, Clerk
U.S. District Court
Western District of Oklahoma

3

imanageOKC_3128883_1

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:argo-orders@okwd.uscourts.gov, dcheek@cheekfalcone.com,
bzerbe@cheekfalcone.com, cf@thefalcones.com, msalem@msalemlaw.com, mcs@n5ms.org,
mcsalem@swbell.net, staff1@msalemlaw.com, john.kenney@mcafeetaft.com,
ginger.schones@mcafeetaft.com, rhonda.melton@mcafeetaft.com,
rthompson@cheekfalcone.com, ahladik@cheekfalcone.com,
anthony.rahhal@mcafeetaft.com, glenda.holden@mcafeetaft.com,
michael.mcclintock@mcafeetaft.com, marty.zitko@mcafeetaft.com,
sephy.palmerton@mcafeetaft.com, chad.mclawhorn@mcafeetaft.com,
jwolfson@carltonfields.com, gmiller@carltonfields.com, rpsmith@carltonfields.com,
gpodolsky@carltonfields.com, andy.peterson@mcafeetaft.com,
marcy.ellington@mcafeetaft.com, heaton-orders@okwd.uscourts.gov
Message-Id:<1193874@okwd.uscourts.gov>
Subject:Activity in Case 5:02-cv-00467-HE Dickson Industries v. Patent Enforcement
Judgment
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 4/22/2008 at 10:22 AM CDT and filed on 4/22/2008
**Case Name:**     Dickson Industries v. Patent Enforcement
**Case Number:**   5:02-cv-467
**Filer:**
**WARNING: CASE CLOSED on 11/16/2007**
**Document Number:** 333

**Docket Text:**
**FINAL JUDGMENT. Signed by Honorable Joe Heaton on 4/22/08. (jw, )**


**5:02-cv-467 Notice has been electronically mailed to:**

Doyle W Argo   argo-orders@okwd.uscourts.gov

David Alan Cheek   dcheek@cheekfalcone.com, bzerbe@cheekfalcone.com, cf@thefalcones.com

Micheal C Salem   msalem@msalemlaw.com, mcs@n5ms.org, mcsalem@swbell.net,

staff1@msalemlaw.com

John A Kenney john.kenney@mcafeetaft.com, ginger.schones@mcafeetaft.com, rhonda.melton@mcafeetaft.com

Robert C Thompson rthompson@cheekfalcone.com, ahladik@cheekfalcone.com, bzerbe@cheekfalcone.com

Anthony L Rahhal anthony.rahhal@mcafeetaft.com, glenda.holden@mcafeetaft.com

Michael D McClintock michael.mcclintock@mcafeetaft.com, marty.zitko@mcafeetaft.com, sephy.palmerton@mcafeetaft.com

Charles L McLawhorn, III chad.mclawhorn@mcafeetaft.com, rhonda.melton@mcafeetaft.com

James J Wolfson jwolfson@carltonfields.com, gmiller@carltonfields.com, rpsmith@carltonfields.com

Gail E Podolsky gpodolsky@carltonfields.com, gmiller@carltonfields.com, rpsmith@carltonfields.com

Andrew B Peterson andy.peterson@mcafeetaft.com, marcy.ellington@mcafeetaft.com, rhonda.melton@mcafeetaft.com

**5:02-cv-467 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=4/22/2008] [FileNumber=1193872-0
] [6b2d143ed4cf04c7ba28c82760681f70a44d5ed6be1565364b62c4dedc9cbf74e18
91082cfc50408c2bdf08b8f11bf54f5445c7935ad41571424c75b385fe6d4]]